# United States District Court
# Northern District of Indiana
# Hammond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-CR-22 JVB |
| | ) | |
| LAMAR E. SANDERS | ) | |

**OPINION AND ORDER**

This matter is before the Court on the Defendant's motion in limine (DE 234). The Court heard oral argument on the motion on January 13, 2011.

Defendant seeks to exclude evidence any gang affiliation on his part and of threats he allegedly made to co-defendant Ralphael Scott. At oral argument the Government represented that it will not elicit any evidence regarding gang affiliation of Defendant. However, the Government argued that threats made by Defendant to Scott are indicia of his guilt. Defendant conceded that the evidence is relevant but argued that the Court should exclude it under Federal Rule of Evidence 403 on the grounds that its probative value is substantially outweighed by the danger of unfair prejudice. The Court finds that the danger of unfair prejudice does not substantially outweigh the probative value of this evidence. Accordingly, Defendant's motion in limine is DENIED AS MOOT with respect to evidence of gang affiliation of the Defendant and DENIED with respect to evidence of threats to Ralphael Scott.

SO ORDERED on January 14, 2011.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge